IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TROY WAYNE LOVE
ADC #82964                                                                                          PETITIONER

VS.                                       5:06CV00018 JTR

LARRY NORRIS, Director,
Arkansas Department of Corrections                                                    RESPONDENT

## JUDGMENT

Consistent with the Memorandum Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment be entered in favor of Respondent, and that this habeas action is hereby DISMISSED, WITH PREJUDICE.

Dated this 3rd day of August, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

1